**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Salvatore J. Sowell,**

**Plaintiff,**

**v.**

**Dallas Baldwin, *et al.*,**

**Defendants.**

**Case No. 2:26-cv-1017**

**Judge Michael H. Watson**

**Magistrate Judge Vascura**

## ORDER

Salvatore J. Sowell ("Plaintiff") proceeds *pro se* in this prisoner civil rights case. The Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff's pending motion for leave to proceed *in forma pauperis* under the "three strikes" rule. R&R, ECF No. 4.

The R&R notified Plaintiff of his right to object to that recommendation and of the consequences of failing to do so. *Id.* at 3. Plaintiff failed to object.

Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review and **ORDERS** Plaintiff to pay the full $405 filing fee ($350 filing fee, plus $55 administrative fee) within **THIRTY DAYS** of the date of this Order. Failure to timely pay the full filing fee will result in automatic dismissal of this action without further notice.

Moreover, the Court **DENIES** Plaintiff's pending motions, ECF Nos. 2 and 3, as premature and unsupported. Thus, the Clerk shall terminate ECF Nos. 1, 2, 3, and 4 as pending motions.

The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**